**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 1 2015

JAMES W. McCORM~~ CLERK
By:_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB D. BULLOCK                                                    PLAINTIFF

VS.                           CASE NO. ~~2015-CV~~- 5:15CV289-BSM

PACKERS SANITATION SERVICES, INC. LTD.,
A/K/A PSSI                                                         DEFENDANT

## COMPLAINT

Comes the Plaintiff, Jacob D. Bullock, by and through his attorneys, Crane, Butler

& Phillips, P.A., and for his complaint against the Defendant, Packers Sanitation Services,

Inc., Ltd., a/k/a PSSI, states:

1.      This is an action for personal injuries that occurred in Jefferson County,

Arkansas, on July 17, 2014, arising out of an incident at the Tyson's Poultry Plant located

in Jefferson County, Arkansas.

2.      This Court has jurisdiction of the parties to and the subject matter of this

action, pursuant to 28 U.S.C. § 1332, as there is diversity of citizenship between the

parties, and the amount in controversy is in excess of the minimum amount required for

federal diversity of citizenship cases.  Venue is proper herein.

3.      Plaintiff, Jacob D. Bullock, was at the time of the accident, a resident of Pine

Bluff, Jefferson County, Arkansas.  His address at the time of the accident was 6713

Pinewood Cove, Pine Bluff, Arkansas 71603.  He continues to be a resident of Jefferson

County, Arkansas.

1

This case assigned to District Judge __Miller__
and to Magistrate Judge __Deere__

4.      The Defendant, Packers Sanitation Services, Inc., Ltd., was at the time of the accident a foreign limited liability company organized in the state of Ohio with its principal address listed as 8679 Freeway Drive, Macedonia, Ohio 44056.  Packers Sanitation Services, Inc., Ltd. Is authorized to transact business in the state of Arkansas.  The registered agent with the Arkansas Secretary of State for the Defendant is National Registered Agents, Inc. of Ar., 124 W. Capitol Avenue, Ste. 1900, Little Rock, Arkansas 72201.

5.      On July 17, 2014, Plaintiff, Jacob D. Bullock, was working for his employer, Tyson Foods Inc. at its plant located at 2200 Don Tyson Parkway, Pine Bluff, Arkansas, welding a leg on a conveyor belt used to move chicken into and out of a fryer.  At approximately 5:20 a.m. Plaintiff was directed to weld the leg on the conveyor belt by his supervisor.  Plaintiff began welding, which action caused an arc to be visible.  Unknown to Plaintiff, employees of Defendant, Packers Sanitation Services, Inc., Ltd., had not completed their cleaning duties by 5:00 a.m. and were cleaning the large fryer located in the adjoining room.  Such cleaning process involved the draining and storing of the grease. Once drained, the fryer was cleaned by the mixture of chemicals believed to be a caustic soda mixture mixed with water and boiled to the extent that the caustic soda solution poured out of the fryer onto the surrounding area.  Such caustic soda is inherently extremely dangerous, especially when boiled, and is capable of causing heat and chemical burns, when unprotected areas are exposed.  As Plaintiff was welding the conveyor leg, he was crouched underneath the conveyor below the opening where the conveyor belt entered the fryer.  Employees of Defendant, ignoring his presence, caused the caustic solution to be heated past the point of boiling.  As the boiling point was reached, the liquid

2

in the fryer expanded and boiled over.  The lowest opening on the fryer was the entry point of the conveyor belt, through which the boiling caustic soda solution exploded, drenching the Plaintiff and causing him to experience full thickness burns over sixty percent (60%) of his body.  As a direct and proximate result, Plaintiff was seriously and permanently injured.

6.      Defendant, Packers Sanitation Services, Inc., Ltd. is a separate and independent company who contracts with Tyson Foods, Inc. to clean the cooking area and cookers.  They recruit, employ and control employees to perform these services and are solely responsible for negligent and reckless conduct of their employees.

7.      Defendant, Packers Sanitation Services, Inc., Ltd. owed to Plaintiff a duty to use reasonable and safe methods to perform their cleaning duties and to not injure persons who may be exposed to their inherently dangerous activity, to maintain control of the dangerous cleaning compounds, to keep a careful watch over the area around the workplace to prevent exposure to third parties, to handle and keep control of the inherently dangerous chemical, and to devise, provide, teach and supervise their employees in the safe and proper methods of handling and using the dangerous chemicals which they elected to use in this operation.

## NEGLIGENCE

8.      The Plaintiff reasserts paragraphs 1 - 7, the same as if set forth herein word for word.

9.      The Defendants herein were guilty of negligence which was the proximate cause of injuries sustained by the Plaintiff in the following particulars:

a)      Defendant failed to maintain a safe and secure workplace by boiling and

overheating the caustic and/or acid mixture and allowing it to escape the container and cause serious injuries to the person of the Plaintiff;

b)      Defendant failed to follow the manufacturer's recommendations and instructions for the safe handling and use of the inherently dangerous chemicals;

c)      Defendant failed to warn Plaintiff of the imminent boiling of the chemical compound and warn him of such danger;

d)      Defendant failed to drain the caustic soda from the fryers prior to adding acid to the solution;

e)      Defendant overheated the chemical compound in the fryers to such a high degree that such liquid boiled and exploded inside the container causing the boiling caustic mixture to overflow onto the person of the Plaintiff causing him severe and debilitating injury; and

f)      Defendant failed to keep watch over the area surrounding the fryer despite knowing that the caustic soda and/or acid compound would violently explode, over run and escape the container when heated to boiling and did further fail to warn Plaintiff of such pending danger despite knowing of his proximity to the fryer.  At the time of the event, Plaintiff was welding and causing a bright arc directly in front of Defendant's employee who had to know of his location and exposure to danger.

## INHERENT DANGEROUS WORK

10.      The Plaintiff reasserts paragraphs 1 -9 of the complaint, the same as if set forth herein word for word.

11.    The Defendant herein employed the use of caustic soda and phosphoric acid in a mixture of water which was intentionally heated to boiling.  When such boiling chemical mixture comes into contact with flesh, it causes severe and debilitating burns.  In fact the caustic soda's purpose is to dissolve flesh and meat on the conveyor belt and in the fryer. When these chemicals are used in this manner, they can only be used by the exercise of special skill and care.  The actions of Defendant demonstrates a lack of such special skill and care.  The use of these chemicals in the careless method they were applied involves a great risk of serious burns to third parties such as Plaintiff.  The Defendant is, therefore, absolutely liable for the injury and damages sustained by the Plaintiff.

12.    As a direct and proximate result of the aforesaid negligence and fault of the Defendant, Plaintiff should recover compensatory damages for the following:

a)    he has sustained substantial personal injuries and disability of a permanent nature;

b)    he has incurred and will continue to incur, expenses for medical care, treatment and services;

c)    he has and will continue to sustain pain and suffering and mental anguish;

d)    he has and will continue to incur consequential damages as a result of the accident;

e)    he has and will continue to incur scarring and deformation to his body; and

f)    he has and will continue to incur loss of enjoyment of his life and activities he enjoyed and is no longer able to enjoy.

13.    The actions and negligence of the employees of Defendant, Packers Sanitation Services, Inc., Ltd., are imputed to Defendant, Packers Sanitation Services, Inc.,

Ltd., under the doctrine of respondeat superior.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for judgment against the

Defendant, for compensatory damages in a sum in excess of that required for federal

jurisdictional purposes, for court costs, and all other proper relief that he may be entitled

to as a matter of law.

Respectfully submitted,

Jacob D. Bullock, Plaintiff

By:    _____

Steve R. Crane, ABN: 78033
Crane, Butler & Phillips, P.A.
Attorneys for Plaintiff
P.O. Box 727
Magnolia, Arkansas 71754-0727
Telephone:    870-234-4727
Facsimile:    870-234-4181

6