IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB D. BULLOCK                                                                                    PLAINTIFF

v.                                          CASE NO. 5:15-CV-00289 BSM

PACKERS SANITATION SERVICE, INC. LTD.,
a/k/a PSSI                                                                                          DEFENDANT

## ORDER

Pursuant to the request of plaintiff Jacob Bullock, this case is referred to Magistrate Judge Beth Deere to attempt to finalize and consummate the settlement reached by the parties on November 18, 2017. Jury trial is currently scheduled before Judge Brian S. Miller the week of January 22, 2018. A separate order will be issued by Judge Deere setting forth the details of the conference.

IT IS SO ORDERED this 4th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE