IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB D. BULLOCK                                                                       PLAINTIFF

V.                                      NO. 5:15CV289 BSM

PACKERS SANITATION SERVICES,
INC. LTD A/K/A PSSI                                                                    DEFENDANT

## JOINT MOTION TO DISMISS WITH PREJUDICE

Come the Plaintiff, Jacob D. Bullock, and the Defendant, Packers Sanitation Services, Inc. Ltd. a/k/a PSSI, by and through their attorneys, and for their Joint Motion to Dismiss with Prejudice, state as follows:

1. The parties have reached an amicable settlement in this matter.

2. The parties request that the Court retain jurisdiction of this matter to resolve any disputes that might develop between the parties concerning the terms, conditions and provisions in the Settlement Agreement and Release.

WHEREFORE, premises considered, Plaintiff and Defendant move the Court to enter an Order dismissing Plaintiff's' Complaint with prejudice.

                                  Respectfully Submitted,

                                  */s/ Bruce Munson*
                                  BRUCE MUNSON, BAR NO. 78118
                                  Attorney for Defendant
                                  MUNSON, ROWLETT, MOORE & BOONE, P.A.
                                  400 West Capitol Avenue, Suite 1900
                                  Little Rock, AR 72201
                                  501/374-6535
                                  bruce.munson@mrmblaw.com

and

*/s/ Paul Byrd*
PAUL BYRD, BAR NO. 85020
JOSEPH GATES, BAR NO. 2010239
Attorneys for Plaintiff
PAUL BYRD LAW FIRM, PLLC
415 North McKinley, Suite 210
Little Rock, AR 72205
501/420-3050
paul@paulbyrdlawfirm.com
joseph@paulbyrdlawfirm.com

STEVE R. CRANE, BAR NO. 78033
CRANE, BUTLER & PHILLIPS, P.A.
Post Office Box 727
Magnolia, AR 71754-0727
870/234-4727
crane@kcb-maglaw.com