#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF ARKANSAS
#### PINE BLUFF DIVISION

**JACOB D. BULLOCK**                                                                   **PLAINTIFF**

**v.**                   **CASE NO. 5:15-CV-00289 BSM**

**PACKERS SANITATION SERVICE, INC. LTD.,**
**a/k/a PSSI**                                                        **DEFENDANT**

#### ORDER

The parties' joint motion to dismiss [Doc. No. 31] is granted, all pending motions are denied as moot and the case is dismissed with prejudice. Furthermore, jurisdiction is retained to resolve any further disputes that may develop concerning the Settlement Agreement and Release.

IT IS SO ORDERED this 23rd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE